## Clyde TILLMAN v. STATE.

### No. 18786.

Court of Criminal Appeals of Texas.

Feb. 24, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery by assault is the offense; penalty assessed at confinement in the penitentiary for thirty-five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Felix A. CHAPA, Jr., Appellant, v. Fred McKENZIE, Appellee.

### No. 9967.

Court of Civil Appeals of Texas. San Antonio.

March 3, 1937.

Rehearing Denied March 31, 1937.

H. D. Putman and Moursund, Ball, Moursund & Bergstrom, all of San Antonio, for appellant.

Morriss & Morriss, of San Antonio, for appellee.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.

## Elliott JONES et al., Appellants, v. Mrs. Anna Mae JOHNSON et vir., Appellees.

### No. 9952.

Court of Civil Appeals of Texas. San Antonio.

Feb. 11, 1937.

Rehearing Denied March 17, 1937.

J. B. Lewright and R. G. Harris, both of San Antonio, for appellants.

Morriss & Morriss, of San Antonio, and L. J. Wardlaw, of Fort Worth, for appellees.

SMITH, Chief Justice.

Affirmed on the authority of article 1995, subd. 5, as amended by Acts 1935, 44th Legislature, p. 503, c. 213, § 1 (Vernon's Ann. Civ.St. art. 1995, subd. 5); General Motors, etc., Corp. v. Hunsaker (Tex.Civ.App.) 50 S.W.(2d) 367; Williams v. Doering (Tex. Civ.App.) 28 S.W.(2d) 893.